

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SERGIO COTA, individually and on behalf of all others similarly situated

Plaintiff,

V.

FRESENIUS USA, INC., et al.

Defendant.

Civil Action No.  18cv1163-LAB (AGS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' Motion for Summary Judgment is GRANTED. The Court enters judgment in Defendants' favor, and the Clerk is directed to close the case.

Date:   3/15/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Simmons

J. Simmons, Deputy